IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. HANLEY, SR., ET AL. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 15-3884 |
| | : | |
| SHAWN BLOOM, ET AL. | : | |

**ORDER**

This 6th day of May, 2016, it is hereby ORDERED that Plaintiffs may issue a subpoena to Verizon Wireless requesting the production of Defendant Bloom's personal cell phone records as follows:

"All per call measurement data (PCMD) and call detail records (CDRs) with Cellular Site Information, all voicemail records, all data usage records, and the time zone reported, for the device with the directory no. 814-592-9505, from 10/26/14 through 10/28/14."

               /s/ Gerald Austin McHugh
              United States District Court Judge